**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE DOE,

        Plaintiff,                         CASE NO. 08-CV-10129

-vs-                                        PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

ANN ARBOR PUBLIC SCHOOLS,
DLS SERVICES, INC., ROLAND          VIRGINIA M. MORGAN
SMITH, ERIC RUTLEY, BRUCE           UNITED STATES MAGISTRATE JUDGE
GLAZIER, ROBERT GALARDI,
and WALLEED SAMAHA,

        Defendants.
_____/

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DENYING DEFENDANT RUTLEY'S MOTION FOR SUMMARY JUDGMENT

      Before the Court is the Magistrate Judge's February 27, 2008 Report and Recommendation denying Defendant Eric Rutley's January 31, 2008 Motion for Summary Judgment. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

      (1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 6); and

      (2)     **DENIES** Defendant's Motion for Summary Judgment (Doc. No. 3).

**SO ORDERED.**

                                                                         s/Paul D. Borman
                                                                         PAUL D. BORMAN
                                                                         UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

                                                s/Denise Goodine
                                                Case Manager